

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial: 609-734-6351

February 14, 2025

*(Via ECF)*
The Honorable J. Brendan Day
United States Magistrate Judge for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **James v. Franklin Township Board of Education, et als.**
    **Case No. 3:24-cv-10894-RK-JBD**

Dear Judge Day:

  This office represents Defendant, Franklin Township Board of Education with respect to the above captioned matter. Pursuant to Your Honor's instructions, enclosed is a Proposed Order allowing the release of contact information for the student Defendants. The order has been reviewed and approved by Mr. Frisch and therefore can be entered by the Court assuming the format meets Your Honor's approval.

  Kindly advise if you have any questions or requested changes.

           Respectfully submitted,

           */s/ Suzanne M. Marasco*

           Suzanne M. Marasco, Esq.

SMM/yms/kj

cc: Avram Frisch, Esq. (via ECF)