IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS; JOHN RAVALLY; NICHOLAS SOLOMON; ROD BRUNDIGE; ORVYL WILSON; ANTHONY HOLLY; MAKAI HOWARD; John Does 1-50; Jane Does 1-50,<br><br>Defendants | CASE NO.: 3:24-cv-10894-RK-JBD<br><br>Civil Action<br><br>**ORDER** |

The parties having appeared before the Honorable J. Brendan Day, Magistrate Judge, on February 11, 2025, and for good cause shown:

It is **ORDERED** that Defendant Franklin Township Board of Education shall release the residential address, email address, telephone number or other contact information for the named student Defendants and their parents/legal guardians to Plaintiff for the service of Plaintiff's Complaint; and

It is **ORDERED** that Defendant Franklin Township Board of Education shall release CCTV footage to Plaintiff which shall be maintained as confidential and subject to the Confidentiality Order signed and entered by the Court on January 15, 2025; and

It is **ORDERED** that neither the release of the student Defendants' contact information, nor the release of the CCTV videos shall not constitute a violation of FERPA, and no other

information relating to the student Defendants shall be released by the Defendant Franklin Township Board of Education without a Court Order or the student Defendants' consent; and

It is **ORDERED** that a copy of this Order shall be delivered to the student Defendants and/or their parents/legal guardians by counsel for the Franklin Township Board of Education via regular mail and Lawyer's Service; and

It is further **ORDERED** that any information released pursuant to this Order regarding the student Defendants shall be maintained as confidential by the parties, for attorney eyes only and as provided by the Confidentiality Order signed and entered by the Court on January 15, 2025.

Dated: **February 19, 2025**

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE