## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 3:24-CV-10894-RK-JBD

Plaintiff:
**ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C.**

vs.

Defendant:
**BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS, ET AL**

For:
Avram Frisch, Esq.


STS2025026093

Received by STATUS, L.L.C. to be served on **ANTHONY HOLLEY, 3 YAWORSKY WAY, APT. 219, SOMERSET, NJ 08873**.

I, Thomas Moraghan, do hereby affirm that on the **18th day of March, 2025** at **8:22 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Case, Verified Complaint, Certification Pursuant to Local Rule 11.2, Jury Demand and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ANTHONY HOLLEY** at the address of: **3 YAWORSKY WAY, APT. 219, SOMERSET, NJ 08873**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 20, Sex: M, Race/Skin Color: Brown, Height: 6'3", Weight: 215, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*Thomas Moraghan* (signature)   03 / 18 / 2025

**Thomas Moraghan**

**Date**

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2025026093
Ref: N/A
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

Doc ID: b423a0838e1fcb3df16649d77a39f978a61bb11a