Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------- x

| | |
|---|---|
| **ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C.**<br><br>Plaintiff,<br><br>- against -<br><br>**BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS; JOHN RAVALLY; NICHOLAS SOLOMON; ROD BRUNDIGE; ORVYL WILSON; ANTHONY HOLLEY; MAKAI HOWARD; John Does 1-50; Jane Does 1-50**<br><br>Defendants. | Case No.   3:24-cv-10894-RK-JBD<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ANTHONY HOLLEY** |

-------------------------------------------------------------- x

To: Clerk of the United States District Court for the District of New Jersey

Plaintiff, Errica James, individually and on behalf of her minor daughter S.C., respectfully requests that the Clerk of this Court enter default against Defendant Anthony Holley in the above-captioned matter pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff states the following:

1. Defendant Anthony Holley was properly served with the Summons and Complaint in this case as demonstrated by the Executed Return of Service at ECF #13.

2. The time for Defendant Anthony Holley to answer, plead, or otherwise defend has expired.

3. Defendant Anthony Holley has failed to answer, plead, or otherwise defend within the time allowed by the Federal Rules of Civil Procedure.

Therefore, Plaintiff requests that the Clerk enter default against Defendant Anthony Holley in accordance with Rule 55(a).

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

Hackensack, New Jersey
Dated: April 16, 2025

/s/ Avram E. Frisch
Avram E. Frisch, Esq.
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
*Attorney for Plaintiff*