Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x

**ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C.**   Case No.   3:24-cv-10894-RK-JBD

Plaintiff,

- against -

**BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS; JOHN RAVALLY; NICHOLAS SOLOMON; ROD BRUNDIGE; ORVYL WILSON; ANTHONY HOLLEY; MAKAI HOWARD; John Does 1-50; Jane Does 1-50**

**DECLARATION OF AVRAM E. FRISCH IN SUPPORT OF THE ENTRY OF DEFAULT**

Defendants.

I, Avram E. Frisch, hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that:

1. I am an attorney at The Law Office of Avram E. Frisch LLC, located at 1 University Plaza, Suite 119, Hackensack, NJ 07601.

2. I am counsel for the Plaintiff in the above-captioned matter.

3. On April 16, 2025, I reviewed the docket in this case and confirmed that Defendant Anthony Holley has failed to answer, plead, or otherwise defend within the time allowed by the Federal Rules of Civil Procedure. The complaint was served on March 18, 2025 and an answer was thus due on April 8, 2025

4. Therefore, Plaintiff requests that the Clerk enter default against Defendant Anthony Holley in accordance with Rule 55(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). Executed on April 16, 2025.

                                                    /s/ Avram E. Frisch_____

                                                   Avram E. Frisch, Esq.