# Jay Kanetkar, Esq

*112 Jabez Street, Newark, NJ 07105 Suite 101*
*201.563.5144 (t) 973-344-0321 (f)*
*jpkanetkar@yahoo.com*

May 13, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J
Clarkson S. Fisher Building & US Courthouse
402 E. State St
Trenton, New Jersey 08608

    Re: **James et al. v. Board of Education of the Franklin Township Public Schools, et al.**
        **Civil Action No. 3:24-10894 (RK)(JBD)**

Dear Judge Day:

    This office has just been retained to represent Defendant Anthony Holley in captioned the above-referenced matter. I understand that Mr. Holley did not file a timely answer, and that default was entered against him on April 16, 2025.

    I seek leave of the Court to file a motion to vacate the default, and to file an answer.

    I also understand that a case status conference has been scheduled for May 14, 2025 at 2:00 pm. I seek leave of the Court to participate in this status conference.

    Thank you in advance for your consideration.

Respectfully submitted,

*[signature]*

Jay Kanetkar, Esq.