AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Errica James, Individually and on behalf of her minor )<br>*Plaintiff* )<br>v. )<br>Board of Education of the Franklin Township Public )<br>*Defendant* ) | Case No.   3:24-cv-10894-RK-JBD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthony Holley

Date: 5.16.25

*Attorney's signature*

Jay Kanetkar, Esq, 000031994
*Printed name and bar number*

c/o 112 Jabez St Suite 101
Newark, NJ 07105

*Address*

jpkanetkar@yahoo.com
*E-mail address*

201-563-5144
*Telephone number*

973-344-0321
*FAX number*