

May 23, 2025

J Brendan Day
Clarkson S. Fisher Federal Building & U.S. Courthouse,
402 East State Street
Trenton, NJ 08608

**<u>Via Electronic Filing</u>**

      Re:    Errica James v. Board of Ed of Franklin et al. 3:24-cv-10894

Dear Judge Day:

This firm represents ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C..  This letter is to request an adjournment of the status conference currently scheduled for June 2. The reason for this adjournment is that June 2 and 3 are a Jewish holiday of Shavuot and I will not be available. All parties have consented to this application.  The parties have conferred and are available on the afternoon of June 5 or June 6.

                                      Very truly yours,

                                      Avram E. Frisch

Cc: Opposing Counsel