*Jay Kanetkar, Esq*

112 Jabez Street, Newark, NJ 07105 Suite 101
201.563.5144 (t) 973-344-0321 (f)
jpkanetkar@yahoo.com

May 23, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J
Clarkson S. Fisher Building & US Courthouse
402 E. State St
Trenton, New Jersey 08608

Re: **James et al. v. Board of Education of the Franklin Township Public Schools, et al.**
Civil Action No. 3:24-10894 (RK)(JBD)

Dear Judge Day:

This office represents Defendant Anthony Holley in the above-referenced matter. Please accept this letter as a status update pursuant to Your Honor's Order dated May 14, 2025 regarding the vacating of default against Mr. Holley.

Plaintiff's counsel has advised me that he consents to vacating the default against Mr. Holley. Similarly, counsel for Defendants Board of Education of the Franklin Township Public Schools, John Ravally, Nicholas Solomon, Rod Brundidge, and Orvyl Wilson also consent to vacating the default.

I therefore seek leave of the Court to vacate the default against Mr. Holley and permit me to file an answer on behalf of Mr. Holley.

Thank you in advance for your consideration.

Respectfully submitted,

Jay Kanetkar, Esq.

Cc:  Avram Frisch, Esq. (via email), Attorney for Plaintiff
     Suzanne M. Marasco, Esq. (via email), Attorney for Defendants
     Makai Howard (via email), pro se