Jay Kanetkar, Esq.
Law Offices of Jay Kanetkar, Esq. LLC
c/o 112 Jabez St Suite 101
Newark, NJ 07105
201-563-5144
jpkanetkar@yahoo.com
Attorney for Defendant Anthony Holley

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------ x

ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C.

Docket No. **3:24-10894 (RK)(JBD)**

Plaintiff,

**CONSENT ORDER VACATING THE DEFAULT JUDGMENT AND GRANTING ADDITIONAL TIME TO RESPOND TO THE VERIFIED COMPLAINT**

- against -

**BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS; JOHN RAVALLY; NICHOLAS SOLOMON; ROD BRUNDIGE; ORVYL WILSON; ANTHONY HOLLEY; MAKAI HOWARD; John Does 1-50; Jane Does 1-50**

Defendants.

------------------------------------------ x

The relief set forth on the following page is hereby **ORDERED.**

**Date:** _____

_____
**Honorable J. Brendan Day, U.S.M.J.**

Docket # 3:24-CV-10894 (RK)(JBD)
Caption of Order: CONSENT ORDER VACATING THE DEFAULT JUDGMENT AND GRANTING ADDITIONAL TIME TO RESPOND TO THE VERIFIED COMPLAINT

This matter having come before the Court by Consent Order, and Anthony Holley, for an Order vacating the default judgment entered against Mr. Holley, and granting additional time for Mr. Holey to answer the Complaint, with regard to the above captioned adversary suit, and the Court having considered the papers presented, and for good cause shown;

**IT IS HEREBY ORDERED**:

1. Mr. Holley's application for limited relief is GRANTED. The default judgment against Mr. Holley is vacated. The time for Mr. Holley to answer the Complaint is extended to June __, 2025

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record within five days of the date received.

We hereby consent to the form and entry of the above Order:

| | |
|---|---|
| **HILL WALLACK LLP** | **LAW OFFICES OF AVRAM FRISCH, ESQ., LLC** |
| /s/Suzanne M. Marasco | /s/ Avram Frisch |
| Suzanne M. Marasco, Esq. | Avram Frisch, Esq. |
| Attorney for Defendants | Attorney for Plaintiff |
| Bd of Ed of Franklin Tp. Public Schools, et al. | |