# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  
**MAGISTRATE JUDGE:** DAY  
**COURT REPORTER:** DIGITALLY RECORDED  

**JUNE 12, 2025**  
DATE OF PROCEEDINGS

**TITLE OF CASE:**  
ERRICA JAMES,  
V.  
BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP  
PUBLIC SCHOOLS et al  

**DOCKET #** 3:24-CV-10894 (RK)(JBD)

**APPEARANCES:**  
Avram Frisch, Esq. for plaintiff  
Eric Reid, Esq. for the Franklin Township School defendants  
Jayat Kanetkar, Esq. for defendant Anthony Holley  
Makai Howard, *prose* defendant  
Jorie Monroe, on behalf of Makai Howard  

**NATURE OF PROCEEDING:** TLELPHONE STATUS CONFERENCE  
Telephone status conference held.  
Order to follow.

TIME COMMENCED:     2:15 p.m.  
TIME ADJOURNED:     2:32 p.m.  
TOTAL TIME: 17 MINUTES  

s/ Christopher Yoos  
Deputy Clerk