UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERRICA JAMES,<br><br>        Plaintiff,<br><br>    v.<br><br>BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS, *et al*,<br><br>        Defendants. | Civ. No. 24-10894 (RK)(JBD)<br><br>**ORDER** |

    This Court having held a telephone status conference on June 12, 2025 in the above-captioned matter; and for the reasons set forth on the record during that conference, and for good cause shown,

    IT IS on this **13th** day of **June**, 2025,

    **ORDERED** that defendant Makai Howard shall be afforded an adequate opportunity to seek counsel in this matter; and it is further

    **ORDERED** that if Mr. Howard intends to retain counsel, counsel shall enter his or her appearance on or before **July 28, 2025**. If Mr. Howard wishes to obtain counsel, but cannot afford to retain counsel, he shall file via CM/ECF an application to proceed *in forma pauperis* on or before **July 28, 2025**; if such application is granted, he may request the appointment of *pro bono* counsel pursuant to 28 U.S.C. § 1915(e)(1), *see Tabron v. Grace,* 6 F.3d 147, 156 (3d Cir. 1993); and it is further

    **ORDERED** that the Clerk shall send an application to proceed *in forma pauperis* and form motion for *pro bono* counsel to Mr. Howard at the address on file; and it is further

**ORDERED** that, as set forth in the Court's text order dated May 28, 2025 [Dkt. 24], defendant Holley shall answer, move, or otherwise respond to the complaint by **July 20, 2025**; and it is further

**ORDERED** that all other pretrial scheduling deadlines are adjourned and further proceedings in this matter shall be stayed pending further order of the Court.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE