UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERRICA JAMES, *individually and on behalf of her minor daughter, S.C.*, | Civ. No. 24-10894 (RK)(JBD) |
| Plaintiff, | |
| v. | **ORDER APPOINTING *PRO BONO* COUNSEL** |
| BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS, *et al.*, | |
| Defendants. | |

**THE COURT** having previously determined that it is appropriate to appoint *pro bono* counsel to represent defendant Makai Howard in the above-captioned action, *see* [Dkt. 31]; the Clerk's Office having identified *pro bono* counsel prepared to represent Howard; and for good cause shown,

**IT IS** on this 19th day of September, 2025,

**ORDERED** that Darren J. Gelber, Esq. is hereby appointed as *pro bono* counsel to represent Howard for all purposes in this matter; and it is further

**ORDERED** that the appointment shall end upon either: (1) Howard's termination of the appointment, or (2) further order of the Court; and it is further

**ORDERED** that *pro bono* counsel Darren J. Gelber, Esq. shall make an appearance within seven (7) days of receipt of this Order; and it is further

**ORDERED** that the Clerk's Office is instructed to serve a copy of this Order on Howard by regular mail.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE