WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Defendant Makai Howard

By:   Darren M. Gelber, Esq.
      NJ Attorney ID 023271992
      Direct Dial: (732) 855-6006
      Direct Fax: (732) 726-6571
      E-mail: dgelber@wilentz.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO. 24-10894 (RK/JBD)

------------------------------X
ERRICA JAMES,

      Plaintiff,

v.

BOARD OF EDUCATION OF THE
FRANKLIN TOWNSHIP PUBLIC
SCHOOLS, et al.,

      Defendant.
------------------------------X

Civil Action

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MAKAI HOWARD**

To: The Clerk of the Court, and all parties of record

      I am an attorney admitted to practice in this Court, and I appear in this case as appointed pro-bono counsel for Defendant Makai Howard.

Dated:  September 23, 2025

_____
DARREN M. GELBER

#95543154.1