

September 29, 2025

J Brendan Day
CLARKSON S. FISHER FEDERAL BUILDING & U.S. COURTHOUSE,
402 EAST STATE STREET
TRENTON, NJ 08608

**<u>Via ECF</u>**

  Re:  ERRICA JAMES et al. v. BOARD OF EDUCATION et al. 3:24-cv-10894

Dear Judge Day:

This firm represents Plaintiffs in this matter. I respectfully write to request an adjournment of the upcoming conference currently scheduled for October 14, 2025, as it coincides with a Jewish holiday. In observance of the holiday, I will be unable to attend or participate in any proceedings on that date.

Please be advised that opposing counsel has been consulted and consents to this request for adjournment. We are happy to coordinate with chambers to select a mutually convenient alternative date.

Thank you for your consideration of this request.

            Very truly yours,

            Avram E. Frisch

Cc: Opposing Counsel