

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial: (609) 734-6351
Email: smarasco@hillwallack.com

February 13, 2026

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State St,
Trenton, New Jersey 08608

      Re:      **James, v. Board of Education of the Franklin Township Public Schools, *et al.*
Civil Action No.: 3:24-10894 (SDW)(LDW)**

Dear Judge Day:

      This office represents Defendants, Board of Education of the Franklin Township Public Schools, John Ravally, Nicholas Solomon, Rod Brundidge (incorrectly pled as Rod Brundige), and Orvyl Wilson (hereinafter collectively referred to as the "Franklin Defendants"), in the above-referenced matter. Please allow this letter to serve as a joint status update pursuant to the Court's November 12, 2025 order. (ECF#41).

      The parties are making progress with discovery, but there remains outstanding items. Both Plaintiff Ericca James and the Franklin Defendants have produced written and document discovery. Moreover, the Franklin Defendants have issued deposition notices for Plaintiffs. Due to Various conflicts and intervening religious holidays, Plaintiffs' depositions are scheduled for April 14th, 15th, 16th and 17th.

      Notwithstanding, the Franklin Defendants contend that Plaintiffs' answers to its discovery demands are insufficient. The Franklin Defendants issued two sets of discovery demands, one to Plaintiff Errica James (mother) and one to Plaintiff S.C (daughter). However, only Plaintiff Errica James issued certified answers, which the Franklin Defendants also contend deficient. The Franklin Defendants issued a request for more specifics on September 25, 2025. Plaintiff's counsel acknowledged receipt same day but has yet to respond. This includes Plaintiff S.C.'s failure to respond to interrogatories as to which Plaintiff counsel indicated that she should not have to respond because she is a minor. We disagree and have submitted our position to Plaintiff on numerous occasions reiterating that S.C. needs to answer interrogatories as her mother is not a witness nor has personal knowledge of the events in question. Moreover, S.C. is a senior in High School and is more than capable of communicating facts about the underlying events.

      Regarding Defendants Anthony Holley and Makai Howard, their counsel have indicated that they will produce their respective Rule 26 disclosures by February 20, 2026. The Franklin Defendants deferred issuing discovery demands to the co-defendants. However, as Plaintiffs have yet to issue their discovery demands to the co-defendants, the Franklin Defendants issued said discovery demands on February 13, 2026.

      It should also be noted that at Defendant's request, Plaintiffs finally executed several authorizations. However, many of those authorizations are for vendors outside of New Jersey, and they

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

have either not responded or have been slow to respond. For example, several of Plaintiff's medical providers are located in New York, and they have ignored our request and Plaintiff's executed authorization. As such, this has delayed the receipt of third-party records needed. The Franklin Defendants are continuing to try to obtain these documents; however, it may be necessary to petition the Court for an Order to the Court of New York in order to compel the document production.

It is Plaintiffs' position that the district needs to provide discovery about the overall issues relating to sexual harassment and sexual assault in the district schools and particularly Franklin High School. Plaintiffs' contend that the issues relate to their deliberate indifference claim. However, Plaintiffs are willing to wait until the Defendants are deposed to explore the contours of the District's position prior to engaging in a back and forth over the particulars of what evidence is needed.

We thank the Court's attention to this matter.

Respectfully submitted,
**HILL WALLACK LLP**

*/s/ Suzanne M. Marasco*

Suzanne M. Marasco, Esq.

SMM:EAR/kj/yms

cc:   All Parties via Pacer

4936-6851-9055, v. 1