WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Defendant Maki Howard

By:    Darren M. Gelber, Esq.
       NJ Attorney ID 023271992
       Direct Dial: (732) 855-6006
       Direct Fax: (732) 726-6571
       E-mail: dgelber@wilentz.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO. 24-10894 (RK/JBD)

```
------------------------------X
                              :
ERRICA JAMES,                 :
                              :
          Plaintiff,          :          Civil Action
                              :
v.                            :
                              :       STIPULATION OF DISMISSAL
                              :       WITHOUT PREJUDICE ONLY AS
BOARD OF EDUCATION OF THE     :          TO  DEFENDANT MAKI
FRANKLIN TOWNSHIP PUBLIC      :          HOWARD (IMPROPERLY
SCHOOLS, et al.,              :        PLEADED AS MAKAI HOWARD)
                              :
          Defendant.          :
                              :
------------------------------X
```

Pursuant to Rule 41 of the Rules of Civil Procedure, it is hereby agreed and stipulated that the above entitled action is dismissed without prejudice, and without costs, only as to Defendant Maki Howard.

For the Plaintiff                                    For Defendant Maki Howard
THE LAW OFFICES OF AVRAM E. FRISCH LLC    WILENTZ, GOLDMAN & SPITZER, PA

By: /s/ *Avram E. Frisch*              By: _____
       AVRAM E. FRISCH                           DARREN M. GELBER

Dated: March  25 , 2026                    Dated:  March  25 , 2026

#95948825.1