SO ORDERED

_____

**Robert Kirsch, U.S.D.J.**

Date:  3/25/26

WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Defendant Maki Howard

By:    Darren M. Gelber, Esq.
       NJ Attorney ID 023271992
       Direct Dial: (732) 855-6006
       Direct Fax: (732) 726-6571
       E-mail: dgelber@wilentz.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO. 24-10894 (RK/JBD)

-------------------------------X

ERRICA JAMES,                    :

        Plaintiff,               :          Civil Action

v.                               :

                                 :    **STIPULATION OF DISMISSAL**
BOARD OF EDUCATION OF THE        :    **WITHOUT PREJUDICE ONLY AS**
FRANKLIN TOWNSHIP PUBLIC         :    **TO  DEFENDANT MAKI**
SCHOOLS, et al.,                 :    **HOWARD (IMPROPERLY**
                                 :    **PLEADED AS MAKAI HOWARD)**
        Defendant.               :

-------------------------------X

Pursuant to Rule 41 of the Rules of Civil Procedure, it is hereby agreed and stipulated

that the above entitled action is dismissed without prejudice, and without costs, only as to

Defendant Maki Howard.

For the Plaintiff                          For Defendant Maki Howard
THE LAW OFFICES OF AVRAM E. FRISCH LLC     WILENTZ, GOLDMAN & SPITZER, PA

By: /S/  *Avram E. Frisch*                 By: _____
       AVRAM E. FRISCH                            DARREN M. GELBER

Dated: March 25 , 2026                     Dated: March 25 , 2026

#95948825.1