March 31, 2026

Hon. J. Brendan Day
United States Magistrate Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Via ECF*

Re:    **3:24-cv-10894**
       ***ERRICA JAMES*** et al. ***v. BOARD OF EDUCATION*** et al.

Dear Judge Day:

This firm represents Plaintiff Errica James, individually and on behalf of her minor daughter S.C. I write in response to the letter dated March 10, 2026 from defense counsel, Suzanne M. Marasco, Esq., regarding outstanding discovery in the above-referenced matter.

At the outset, I wish to assure the Court that Plaintiffs take their discovery obligations seriously and that the delay in providing S.C.'s certified interrogatory responses was not the result of any disregard for the discovery process or the Court's scheduling orders.

The delay was attributable to a communication issue between counsel and Ms. James. Specifically, Ms. James's email account had been configured with filtering settings that were inadvertently directing correspondence from this office to a folder she did not regularly monitor. As a result, several communications from our office regarding the outstanding discovery responses were not timely received by our client. Ms. James only became aware of this issue when we reached her by telephone and she promptly investigated. Upon discovering the filtering problem, she corrected her email settings and immediately began working to complete the outstanding responses.

I am pleased to advise the Court that this communication issue has now been fully resolved. S.C.'s responses to Defendants' Initial Interrogatories are complete and have been be served upon defense counsel this evening.  In addition, we have agreed to a date for S.C.'s deposition and are working on scheduling the remaining depositions.  As such, we believe that there is no need for the Defendants to file any motion to compel as the issue is now moot.

Very truly yours,



Avram E. Frisch

Cc: Suzanne M. Marasco, Esq. (via ECF)
   Darren M. Gelber, Esq. (via ECF)
   Jayat P. Kanetkar, Esq. (via ECF)
   All counsel of record