WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Defendant Maki Howard

By:    Darren M. Gelber, Esq.
       NJ Attorney ID 023271992
       Direct Dial: (732) 855-6006
       Direct Fax: (732) 726-6571
       E-mail: dgelber@wilentz.com

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | DISTRICT OF NEW JERSEY |
|  | DOCKET NO. 24-10894 (RK/JBD) |

------------------------------------X
                              :

ERRICA JAMES,               :

         Plaintiff,     :

v.                    :

BOARD OF EDUCATION OF THE  :
FRANKLIN TOWNSHIP PUBLIC
SCHOOLS, et al.,          :

         Defendant.    :

------------------------------------X

Civil Action

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CROSS-CLAIMS AGAINST DEFENDANT MAKI HOWARD (IMPROPERLY PLEADED AS MAKAI HOWARD)**

It appearing that Plaintiff has dismissed, without prejudice, Plaintiff's direct claims against Maki Howard, and it further appearing that Plaintiff has confirmed, without prejudice, that Plaintiff will not seek to impose liability upon Defendants Board of Education of the Franklin Township Public Schools, John Ravally,

#95983252.1

Nicholas Solomon, Rod Brundige and Orvyl Wilson based upon any act or omission of Maki Howard; therefore

Pursuant to Rule 41 of the Rules of Civil Procedure, it is hereby agreed and stipulated that the cross-claims asserted by Defendants Board of Education of the Franklin Township Public Schools, John Ravally, Nicholas Solomon, Rod Brundige and Orvyl Wilson, against Defendant Maki Howard, in the above entitled action are dismissed without prejudice, and without costs.

For Defendants Board of Education of the
Franklin Township Public Schools, John Ravally,
Nicholas Solomon, Rod Brundige and Orvyl Wilson
HILL WALLACK LLP

By:_____          Dated: April _23_, 2026
        SUZANNE M. MARASCO

For Defendant Maki Howard
WILENTZ, GOLDMAN & SPITZER, PA

By:_____          Dated: April _23_, 2026
        DARREN M. GELBER

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:**    4/27/26

#95983252.1