# Hill Wallack LLP
### Attorneys at Law

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

Writer's Direct Dial: (609) 734-6351
Email: smarasco@hillwallack.com

July 6, 2026

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State St,
Trenton, New Jersey 08608

> Re: **James v. Board of Education of the Franklin Township Public Schools, et al.**
> **Civil Action No.: 3:24-10894 (SDW)(LDW)**

Dear Judge Day,

This office represents Defendants, Board of Education of the Franklin Township Public Schools, John Ravally, Nicholas Solomon, Rod Brundidge (incorrectly pled as Rod Brundige), and Orvyl Wilson (hereinafter collectively referred to as the "Franklin Defendants"), in the above-referenced matter.

On May 6, 2026, Plaintiff served supplemental discovery in response to Franklin Defendants' Notice to Produce and Requests for Interrogatories ("Discovery Requests"). Franklin Defendants sent a deficiency letter to Plaintiff's counsel on May 29, 2026. Franklin Defendants have continued to communicate with Plaintiff's counsel routinely regarding the outstanding nature of said deficiencies, which remain outstanding as of the filing of this letter. As a direct result of the delays in discovery, we have now adjourned Plaintiff's deposition for the fourth time.

Additionally, on February 13, 2026, Franklin Defendants served their First Set of Interrogatories and Notice to Produce on co-defendant Anthony Holly, Jr. To date, Mr. Holley has not provided the outstanding discovery responses, despite multiple deficiency letters from Franklin Defendants.

It is clear that these discovery issues cannot be resolved without motion practice. As such, we would like to proceed with a motion to compel genuine and responsive discovery from Plaintiff and Defendant Howard.

Plaintiff and Defendant Howard are aware of the filing of this letter. We thank the Court's consideration of our letter and the relief sought.

Very truly yours,

Suzanne M. Marasco

cc: All Parties via ECF