HILL WALLACK LLP

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial: (609) 734-6351
Email: smarasco@hillwallack.com

July 15, 2026

***VIA ECF***
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State St,
Trenton, New Jersey 08608

> Re:     **James v. Board of Education of the Franklin Township Public Schools, et al.**
> **Civil Action No.: 3:24-10894 (SDW)(LDW)**

Dear Judge Day:

As the court is aware, this firm represents the school board defendants in the above-referenced matter.

The parties were to file a status letter with the court today concerning the discovery and any other case developments. As the court may recall, this firm filed a letter on July 7, 2026, outlining various discovery issues which remain pending as of this date. There have been no changes in discovery since July 7th.

As such, these defendants look forward to the court's decision as to whether we may proceed with a motion concerning the discovery deficiencies outlined in our July 7th letter. As the court may recall from the last conference, the parties discussed the issues and deficiencies with plaintiffs' discovery at that time. While plaintiffs have since produced additional documents since that time, Defendant's discovery requests have not been properly answered and certified. Your Honor at the last conference that the court did not have Plaintiff's discovery responses before it to see the deficiencies which have been identified by Defendants. If the court would like defendants to submit a letter identifying the issues with plaintiffs' discovery responses as well as a copy of the same for the court's consideration of the issue, we will prepare the same.

We appreciate that the court's time is valuable and should not be spent micromanaging discovery produced by the parties. However, these issues have been pending for more than one year and we believe that the issue can best be addressed if the court were able to view the discovery at issue. We await the court's advice.

Respectfully submitted,
HILL WALLACK LLP

Suzanne M. Marasco

SMM/KVH
cc: All Parties via ECF