

THE LAW OFFICE OF
## AVRAM E. FRISCH LLC

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

**Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.**

July 20, 2026

Hon. J. Brendan Day
United States Magistrate Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Via ECF

**Re:**     **3:24-cv-10894-RK-JBD**
**ERRICA JAMES et al. v. BOARD OF EDUCATION OF THE FRANKLIN**
**TOWNSHIP PUBLIC SCHOOLS et al.**

Dear Judge Day:

This firm represents Plaintiff Errica James, individually and on behalf of her minor daughter S.C. I write to advise the Court of the status of the discovery issues raised in Ms. Marasco's correspondence with the Court.  Plaintiff has attempted to provide all responsive information to the Defendants, and produced documents in May that completed our production.  The Defendants requested that the documents provided be labeled as to which document demand they corresponded with, as we had discussed with the Court.  Our May productions had only partially identified by bates number, as we did not believe it to be necessary for the Defendants to identify the documents received. There were only a few hundred pages, many of which were repeated more than once, and the documents broke down largely into obviously categories, such as medical records, invoices for expenses, school records and correspondence.

Today Plaintiffs served a document giving specific Bates numbers for each document demand.  No additional documents were produced, but Plaintiffs have now satisfied the primary concerns raised to us by Ms. Marrasco.  Plaintiffs remain prepared to address any specific document or category Defendants believe has been omitted, and are available for a conference should the Court find one useful.

Page **2** of **2**

This response was somewhat delayed by summer vacations, and the effort by the Plaintiff to have a settlement conversation with the Defendants, which we believe will require court assistance to move forward.  I believe that now that the Defendants have the discovery they have requested, it would be a good time for the parties to engage in a settlement conference with the Court before having depositions in this matter. Defendants' counsel has not been willing to engage in more intensive settlement talks, but in conversations with my clients, I believe that with Court assistance, this matter could be resolved.

We thank the Court for its attention to this matter.

Very truly yours,

Avram E. Frisch, Esq.

Cc:    Suzanne M. Marasco, Esq. (via ECF)
       Jayat P. Kanetkar, Esq. (via ECF)
       All counsel of record

THE LAW OFFICE OF
AVRAM E. FRISCH LLC