# Hill Wallack LLP
## Attorneys at Law

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

Writer's Direct Dial: (609) 734-4450
Email: sboyne@hillwallack.com

July 31, 2026

**<u>VIA ECF</u>**

Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State St,
Trenton, New Jersey 08608

  **Re:** **<u>James v. Board of Education of the Franklin Township Public Schools, et al.</u>**
    **Civil Action No.: 3:24-cv-10894-RK-JBD**

Dear Judge Day,

  This office represents Defendants, Board of Education of the Franklin Township Public Schools, John Ravally, Nicholas Solomon, Rod Brundidge (incorrectly pled as Rod Brundige), and Orvyl Wilson (hereinafter collectively referred to as the "Franklin Defendants"), in the above-referenced matter. Please allow this letter to serve as a joint status update pursuant to the Court's July 23, 2026 Order. (ECF No. 62).

  Currently, there are minor procedural issues that remain outstanding with respect to Plaintiff's discovery. However, these issues are expected to be resolved by next Friday, August 7, 2026. To the extent that these issues are not rectified by Plaintiff on or before this date, we will advise Your Honor of same.

  Additionally, the parties consent to a settlement conference before fact depositions begin.

  Plaintiff, the Franklin Defendants, and Defendant Holley consent to this letter. We thank the Court's attention to this matter.

        Very truly yours,

        *Shannon M. Boyne*

        Shannon M. Boyne, Esq.

cc: All Parties via ECF