**HILL WALLACK LLP**

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial: (609) 734-6351
Email: smarasco@hillwallack.com

August 6, 2026

*via eCourts*
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

>    Re:    **James v. Board of Education of the Franklin Township Public Schools, et al.**
>            **Civil Action No.: 3:24-cv-10894-RK-JBD**

Dear Judge Day,

As the Court is aware, this firm represents the Franklin Township Board of Education Defendants in the above matter. We write concerning the settlement conference currently scheduled for October 19, 2026. The Court has asked that the parties attend. Our client's carrier would like to attend virtually or telephonically since the claims professional lives and works out of state in Pennsylvania. If this is permissible, we will work with the carrier on those arrangements.

Defendants thank the Court for its kind consideration.

Very truly yours,
**HILL WALLACK LLP**

Suzanne M. Marasco, Esq.

SMM:kj

California  |  Illinois  |  New Jersey  |  New York  |  Pennsylvania  **HILLWALLACK.COM**