**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Errica James Individually and o/b/o her minor daughter, S.C.,<br><br>Plaintiffs,<br>vs.<br><br>Board of Education of the Franklin Township Public Schools, et al.<br><br>Defendants. | Civil Action No.: No. 3:24-cv-10894-RK-JBD |

**SUBSTITUTION OF COUNSEL**

Shannon M. Boyne, Esq. hereby withdraws her appearance as counsel of record for Defendants Board of Education of the Franklin Township Public Schools, John Ravally, Nicholas Solomon, Rod Brundidge (incorrectly pled as Rod Brundige), and Orvyl Wilson (hereinafter collectively referred to as the "Franklin Defendants") in the above-captioned matter.

Dated: September 9, 2026

/s/Shannon Boyne
By: ____________________
Shannon M. Boyne, Esq.
HILL WALLACK LLP
21 Roszel Road, P.O. Box 5226
Princeton, New Jersey 08543-5226
T: (609) 924-0808
F: (609) 452-1888
sboyne@hillwallack.com

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of September 2026, I served this document using the Court's CM/ECF system, which will automatically notify all parties and counsel of record.

By: ____________________
Shannon M. Boyne, Esq.