THE LAW OFFICE OF
AVRAM E. FRISCH LLC

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

**Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.**

October 9, 2026

Hon. J. Brendan Day
United States Magistrate Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Via ECF

**Re: 3:24-cv-10894-RK-JBD**
**ERRICA JAMES et al. v. BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS et al.**

Dear Judge Day:

This firm represents Plaintiff Errica James, individually and on behalf of her daughter S.C. I write to respectfully request that the Court permit S.C. to participate by video in the in-person settlement conference scheduled for October 19, 2026 at 10:00 a.m. (Dkt. 64). Ms. James will attend in person with the undersigned, as the Court directed. S.C. would be available by video for the entire conference and could confer with counsel and the Court at any time.

S.C. is currently attending school in Baltimore, Maryland. Attending in person would require her to miss classes and travel to and from Trenton for the day. In addition, given the nature of the allegations in this matter, S.C. is understandably apprehensive about the possibility of encountering Mr. Holley in the courthouse, and Ms. James is concerned for her emotional well-being. Participation by video would permit S.C. to take part fully in the conference while avoiding that risk.

Plaintiffs recognize the Court's preference that participants attend in person (see Dkt. 66). If the Court requires S.C. to attend in person, we respectfully request that arrangements be made so that S.C. is kept separate from Mr. Holley, including a separate waiting area, and that she not be required to be in the same room as any individual defendant.

201.289.5352 · 866.883.9690 · frischa@avifrischlaw.com · www.avifrischlaw.com

We thank the Court for its attention to this matter.

Very truly yours,

Avram E. Frisch, Esq.

Cc: Suzanne M. Marasco, Esq. (via ECF)
Jayat P. Kanetkar, Esq. (via ECF)
All counsel of record