HILL WALLACK LLP

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

Writer's Direct Dial: (609) 734-6351
Email: smarasco@hillwallack.com

October 15, 2026

*via eCourts*
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: James v. Board of Education of the Franklin Township Public Schools, et al.**
**Civil Action No.: 3:24-cv-10894-RK-JBD**

Dear Judge Day,

As the Court is aware, this firm represents the Franklin Township Board of Education Defendants in the above matter. We are in receipt of Plaintiffs' letter indicating that S.C. is out of state attending school on the date of the settlement conference. While we have no objection to S.C.'s virtual attendance by video, Defendants do object to S.C. not being available for the entire settlement conference. We note that Defendants requested that the decision-maker with authority appear remotely because she is located in York, Pennsylvania, but that request was denied. Defendants maintain that S.C.'s participation is necessary as she is now an adult ,and the claims are hers despite that her mother may speak on her behalf.

Defendants thank the Court for its kind consideration.

Very truly yours,
**HILL WALLACK LLP**

Suzanne M. Marasco, Esq.

SMM:kvh/