**UNITED STATES**

**DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERRICA JAMES INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER S.C.,<br>Plaintiff,<br><br>- against -<br><br>BOARD OF EDUCATION OF THE FRANKLIN TOWNSHIP PUBLIC SCHOOLS; JOHN RAVALLY; NICHOLAS SOLOMON; ROD BRUNDIGE; ORVYL WILSON; ANTHONY HOLLEY; MAKAI HOWARD; John Does 1-50; Jane Does 1-50,<br><br>Defendants. | **DOCKET NO.: 3:24-cv-10894**<br><br>Notice of Dismissal Without Prejudice Pursuant to FED R. CIV P. 41(a)(1)(A)(ii) |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Errica James, Individually, and on behalf of her minor daughter S.C., and Defendant, Anthony Holley, through their respective undersigned counsel, that the above-captioned civil action, including all claims asserted by Plaintiff against Defendant in this action, is hereby dismissed **WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties further stipulate as follows:

1. This dismissal is without prejudice and is not intended to operate as an adjudication on the merits.
2. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.
3. No counterclaim has been asserted by Defendant in this action.
4. The parties respectfully request that the Clerk terminate this action on the Court's docket.
5. The parties acknowledge that this stipulation is intended to effectuate dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without the necessity of a further order of the Court.

IT IS SO STIPULATED.

**PLAINTIFF**

By: /s/ Avram E. Frisch
Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch
LLC 1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

Dated: 10/21/2026

**DEFENDANT**

By: /s/ Jay Kanetkar
Jay Kanetkar, Esq.
Law Offices of Jay Kanetkar, Esq. LLC
112 Jabez St Suite 101 Newark, NJ 07105
201-563-5144
jpkanetkar@yahoo.com
Attorney for Defendant

Dated: 10/21/2026

## CERTIFICATION OF SERVICE

I hereby certify that on __________________, a copy of the foregoing Stipulation of Dismissal Without Prejudice was filed electronically through the Court's CM/ECF system, which will provide notice to all counsel of record and other registered participants.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing

By: ______________________

Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch
LLC 1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Plaintiff

Dated: _____________